# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2019

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156463(18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSHUA MAURICE ROBINSON,
        Defendant-Appellant.
_____/

SC: 156463
COA: 338921
Wayne CC: 15-003518-FC

On order of the Chief Justice, the motion of attorney Tracie Gittleman to extend the time for filing her Court-ordered response is GRANTED. The response will be accepted as timely filed if submitted on or before February 8, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2019



Clerk